COMMONWEALTH of Pennsylvania, Respondent

v.

GUIPING ZHENG, Petitioner

No. 408 WAL 2016

Supreme Court of Pennsylvania.

March 7, 2017

## ORDER

PER CURIAM

**AND NOW**, this 7th day of March, 2017, the Petition for Allowance of Appeal is **DENIED.**